```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
EDILANYI MABELL SURIEL MONTE DE   :
OCA,                                                       :
                                                                    :
                      Plaintiff,    :          20-CV-8442 (VSB)
                                                                    :
       -against-                   :              **ORDER**
                                                                    :
AGAPITO DELA CRUZ, et al.,              :
                                                                    :
                    Defendants.  :
                                                                    :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Clerk of the Court has entered Certificates of Default in this matter.  (Docs. 37, 38.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss these defendants from the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

       SO ORDERED.

Dated: January 25, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge