```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDILANYI MABELL SURIEL MONTE DE  :
OCA,                              :
:
                  Plaintiff,  :      20-cv-8442 (VSB)
:
       -against-       :      **ORDER**
:
AGAPITO DELA CRUZ, et al.,        :
:
                Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In accordance with my comments at the Order to Show Cause hearing on April 22, 2021, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendants Zero Lounge Restaurant, Inc., Agapito Dela Cruz, Domingo Espinal, and Luisa Martinez. This case will be referred to the magistrate judge for an inquest on damages.

SO ORDERED.

Dated: April 22, 2021
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge