UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
EDILANYI MABELL SURIEL MONTE DE OCA, :
:
Plaintiff, : 20-cv-8442 (VSB)
:
-against- : **ORDER**
:
AGAPITO DELA CRUZ, et al., :
:
Defendants. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 22, 2021, I ordered that default judgment as to liability is entered in favor of Plaintiff and against Defendants Zero Lounge Restaurant, Inc., Agapito Dela Cruz, Domingo Espinal, and Luisa Martinez, and referred the case to the magistrate judge for an inquest on damages. (Docs. 61–62.) At the default judgment hearing, Plaintiff indicated that she was not seeking default judgment against Defendant Miguel Acosta, Jr., and intended to dismiss him from the action. Plaintiff has failed to do so. Accordingly, it is hereby:

ORDERED that Plaintiff inform me, by June 4, 2021, whether she intends to dismiss Miguel Acosta, Jr. from this action.

SO ORDERED.

Dated: May 28, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge