UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EDILANYI MABELL SURIEL MONTE DE   :
OCA, et al.,                                                        :
:
                              Plaintiffs,   :                  20-CV-8442 (VSB)
:
        - against -                       :                **OPINION & ORDER**
:
:
AGAPITO DELA CRUZ, et al.,                     :
:
                              Defendants.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On April 22, 2021, I ordered that default judgment as to liability be entered in favor of Plaintiff and against Defendants Zero Lounge Restaurant, Inc., Agapito Dela Cruz, Domingo Espinal, and Luisa Martinez. (Doc. 61.) I then referred the case to Magistrate Judge Sarah L. Cave for an inquest on damages. (Doc. 62.) On January 10, 2022, Judge Cave issued a Report and Recommendation. (Doc. 86.) In it, Judge Cave further directed Plaintiff to "serve a copy of this Report and Recommendation on the Defaulting Defendants and to file proof of service on the docket." (*Id.* at 40.) Accordingly, it is hereby

      ORDERED that Plaintiff serve a copy of the Report and Recommendation on the Defaulting Defendants and file proof of such service on the docket on or before February 4, 2022.

SO ORDERED.

Dated: January 31, 2022
      New York, New York

_____
Vernon S. Broderick
United States District Judge