UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDILANYI MABELL SURIEL MONTE DE OCA, et al.,

                       Plaintiffs,

     -against-                                         20 **CIVIL** 8442 (VSB)

## JUDGMENT

AGAPITO DELA CRUZ, et al.,

                       Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 31, 2022, the Court has reviewed Judge Cave's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, found none. The Report and Recommendation is adopted in its entirety. Suriel is awarded $187,494.00 in damages against the Defaulting Defendants, comprised on the following: (i) $58,297.00 in unpaid minimum wages; (ii) $30,450.00 in unpaid overtime wages; (iii) $88,747.00 in liquidated damages; and (iv) $10,000.00 in statutory damages; (2) Suriel is awarded $22,126.63 in pre-judgment interest; (3) Suriel is awarded post-judgment interest pursuant to 28 U.S.C. § 1961; (4) Suriel is awarded attorneys' fees in the amount of $62,498.00 and costs in the amount of $400.00; (5) Suriel's claims against Acosta are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b); and (6) The Opt-in Plaintiffs' requests for damages, attorneys' fees, and costs be denied, and that the Opt-in Plaintiffs be DISMISSED without prejudice.; accordingly, the case is closed.

**Dated:**  New York, New York

        June 1, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                   **Deputy Clerk**